**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**CORNELIUS SMITH**                                                                  **PLAINTIFF**

**v.**                                            **CIVIL ACTION NO. 3:13CV00126-MPM-JMV**

**REPUBLIC FIRE AND CASUALTY
COMPANY, ET AL.**                                                  **DEFENDANTS**

**ORDER STAYING CERTAIN PROCEEDINGS**

This case comes before the court pursuant to L. U. Civ. R. 16(b)(1)(B). The rule provides that

> [a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand . . . issue and will stay the parties' obligation to make disclosures pending the court's ruling on the motion[]. . . .

The plaintiff filed a motion to remand [3] on May 15, 2013. Accordingly, it is

**ORDERED:**

That the above noted proceedings and the case management conference are hereby **STAYED** pending a decision on the motion to remand. The parties shall notify the undersigned magistrate judge within ten (10) days of the court's ruling in the event the motion to remand is denied.

**THIS**, the 20th day of May, 2013.

                                                                  /s/ **Jane M. Virden**
                                                                  **U. S. MAGISTRATE JUDGE**